482 P.2d 241

:STATE of New Mexico, Plaintiff-Appellee,

v.

Mike POLSKY, Defendant-Appellant.

No. 9218.

Supreme Court of New Mexico.

March 9, 1971.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 522, 82 N.M. 393, 482 P.2d 257 be and the same is hereby returned to the Clerk of the Court of Appeals.

482 P.2d 241

STATE of New Mexico, Appellee,

v.

Mike ARCHULETA, Appellant.

No. 9209.

Supreme Court of New Mexico.

Feb. 22, 1971.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 511, 82 N.M. 378, 482 P.2d 242 be and the same is hereby returned to the Clerk of the Court of Appeals.

482 P.2d 241

STATE of New Mexico, Plaintiff-Appellee,

v.

Johnny GONZALES, Defendant-Appellant.

No. 9208.

Supreme Court of New Mexico.

Feb. 22, 1971.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 528, 82 N.M. 388, 482 P.2d 252 be and the same is hereby returned to the Clerk of the Court of Appeals.